**DAIN P. WEINER, CSB#160327**
**Attorney at Law**
**3294 Royal Drive, Suite 201**
**Cameron Park, California  95682**
**Telephone:  (530) 677-9487**
**Facsimile:  (530) 677-2955**

**Attorney for Defendant, RAUL ARECHIGA, JR.**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,** | **CASE NO.  CR.S 03-0396 MCE** |
| **Plaintiff,** | **STIPULATION AND ORDER REGARDING CONTINUANCE OF SENTENCING HEARING** |
| **v.** | |
| **RAUL ARECHIGA, JR.,** | |
| **Defendant.** _____/ | |

It is hereby stipulated and agreed, by and between defendant, Raul Arechiga, Jr., by and through his counsel, Dain P. Weiner, and the United States, through its counsel, Assistant United States Attorney Anne Pings, to vacate the Sentencing hearing date of May 24, 2005, at 8:30 a.m., and to set a new Sentencing hearing date for July 26, 2005, at 8:30 a.m.

In support of this stipulation, the parties proffer the following:

1. Defense counsel needs additional time to investigate matters that will likely lead to a disposition in the case.  Defense counsel also needs time to investigate matters that will affect sentencing in this case.

2. Counsel has personally conferred with defendant.  Defendant has no objection to the continuance to July 26, 2005.

3. The proposed date is available to defense counsel, to the government, and according to the Court's clerk, is available to the Court.

1

4. The parties agree that it is appropriate to exclude time under the Speedy Trial Act. 18 U.S.C. Section 3161(h)(8)(iv) (preparation of counsel), in that the ends of justice will be served by allowing defendant's counsel of choice time to review discovery and conduct investigation in a manner he believes necessary to provide effective representation of his client.

Dated: May 13, 2005                                         Respectfully submitted,


                                                            /s/
                                        DAIN P. WEINER
                                        Attorney for Defendant
                                        RAUL ARECHIGA, JR.


                                        McGREGOR W. SCOTT
                                        United States Attorney


                                        By: _____
                                          ANNE PINGS,
                                          Assistant United States Attorney.


IT SO ORDERED.

Dated: May 20, 2005


                                        _____
                                        MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE