DAIN P. WEINER, CSB#160327
Attorney at Law
3294 Royal Drive, Suite 201
Cameron Park, California  95682
Telephone:  (530) 677-9487
Facsimile:  (530) 677-2955

Attorney for Defendant, RAUL ARECHIGA, JR.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAUL ARECHIGA, JR.,<br><br>Defendant.<br>_____/ | CASE NO.  CR.S 03-0396 MCE<br><br>STIPULATION AND ~~PROPOSED~~ ORDER REGARDING CONTINUANCE OF SENTENCING HEARING. |

    It is hereby stipulated and agreed, by and between defendant, Raul Arechiga, Jr., by and through his counsel, Dain P. Weiner, and the United States, through its counsel, Assistant United States Attorney Anne Pings, to vacate the Sentencing hearing date of July 26, 2005, at 8:30 a.m., and to set a new Sentencing hearing date for September 27, 2005, at 8:30 a.m.

    In support of this stipulation, the parties proffer the following:

    1. Defense counsel needs additional time to investigate matters that will likely lead to a disposition in the case.  Defense counsel also needs time to investigate matters that will affect sentencing in this case.

    2. Counsel has personally conferred with defendant.  Defendant has no objection to the continuance to September 27, 2005.

    3. The proposed date is available to defense counsel, to the government, and according to the Court's clerk, is available to the Court.

4. The parties agree that it is appropriate to exclude time under the Speedy Trial Act. 18 U.S.C. Section 3161(h)(8)(iv) (preparation of counsel), in that the ends of justice will be served by allowing defendant's counsel of choice time to review discovery and conduct investigation in a manner he believes necessary to provide effective representation of his client.

Dated: July 14, 2005                                   Respectfully submitted,


                                                       _____/s/_____
                                                       DAIN P. WEINER
                                                       Attorney for Defendant
                                                       RAUL ARECHIGA, JR.


                                                       McGREGOR W. SCOTT
                                                       United States Attorney


                                                       By: _____
                                                           ANNE PINGS,
                                                           Assistant United States Attorney.


Dated: July 20, 2005


                                                       _____
                                                       MORRISON C. ENGLAND, JR
                                                       UNITED STATES DISTRICT JUDGE