```
1  DAIN P. WEINER, CSB#160327
   Attorney at Law
2  3294 Royal Drive, Suite 201
   Cameron Park, California  95682
3  Telephone:  (530) 677-9487
   Facsimile:  (530) 677-2955
4
   Attorney for Defendant, RAUL ARECHIGA, JR.
```

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, | CASE NO.  CR.S 03-0396 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER REGARDING CONTINUANCE OF SENTENCING HEARING. |
| vs. | |
| RAUL ARECHIGA, JR., | |
| Defendant. _____/ | |

   It is hereby stipulated and agreed, by and between defendant, Raul Arechiga, Jr., by and through his counsel, Dain P. Weiner, and the United States, through its counsel, Assistant United States Attorney Anne Pings, to vacate the Sentencing hearing date of September 27, 2005, at 8:30 a.m., and to set a new Sentencing hearing date for October 25, 2005, at 8:30 a.m.

   In support of this stipulation, the parties proffer the following:

   1. Defense counsel needs additional time to investigate matters that will likely lead to a disposition in the case.  Defense counsel also needs time to investigate matters that will affect sentencing in this case.

   2. Counsel has personally conferred with defendant.  Defendant has no objection to the continuance to October 25, 2005.

   3. The proposed date is available to defense counsel, to the government, and according to the Court's clerk, is available to the Court.

1 | Dated: September 21, 2005

Respectfully submitted,

    /s/
_____
DAIN P. WEINER
Attorney for Defendant
RAUL ARECHIGA, JR.

McGREGOR W. SCOTT
United States Attorney

By: _____
   ANNE PINGS,
   Assistant United States Attorney.

Dated: September 23, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE