DAIN P. WEINER, CSB#160327
Attorney at Law
3294 Royal Drive, Suite 201
Cameron Park, California  95682
Telephone:  (530) 677-9487
Facsimile:  (530) 677-2955

Attorney for Defendant, RAUL ARECHIGA, JR.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, | CASE NO.  2:03-cr-0396 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER RECOMMENDING THE 500-HOUR DRUG TREATMENT PROGRAM |
| vs. | |
| RAUL ARECHIGA, JR., | |
| Defendant. _____/ | |

    It is hereby stipulated and agreed, by and between defendant, Raul Arechiga, Jr., by and through his counsel, Dain P. Weiner, and the United States, through its counsel, Assistant United States Attorney Anne Pings, that the Court may recommend that Defendant, Raul Arechiga be allowed to participate in the 500-hour Drug Abuse Prevention Class (DAP).

Dated: February 15, 2006                     Respectfully submitted,

                                                                         _____/s/_____
                                                                          DAIN P. WEINER
                                                                          Attorney for Defendant
                                                                          RAUL ARECHIGA, JR.

McGREGOR W. SCOTT
United States Attorney


By:      /s/ with permission
    ANNE PINGS,
    Assistant United States Attorney.


**O R D E R**

**IT IS SO ORDERED RECOMMEND** that Defendant Raul Arechiga be allowed to participate in the 500-hour Drug Abuse Prevention Class (DAP).

Dated: February 24, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2