DAIN P. WEINER, CSB#160327
Attorney at Law
3294 Royal Drive, Suite 201
Cameron Park, California  95682
Telephone:  (530) 677-9487
Facsimile:  (530) 677-2955

Attorney for Defendant, RAUL ARECHIGA, JR.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff, | CASE NO.  2: 03-cr-0396-MCE<br><br>REQUEST FOR ORDER AND ORDER EXONERATING BOND |
| RAUL ARECHIGA, JR.,<br><br>Defendant.<br>_____/ | |

On or about September 8, 2003, a $200,000.00 Appearance Bond secured by a Deed of Trust against the real property of Raul Arechiga, Sr., and Martha Arechiga in the form of a Deed of Trust secured by the real property located at 4560 Justine Avenue, Diamond Springs, California  95619, was posted on behalf of Raul Arechiga, Jr.

On October 25, 2005, Mr. Arechiga was sentenced in this case to 28 months to the Bureau of Prisons, 3 years term of supervised release.  Mr. Arechiga has surrendered himself and is currently at the FPC TAFT California completing his sentence.

1

It is hereby requested that the $200,000.00 secured Appearance Bond be exonerated in the above-captioned case and that the clerk of the District Court be directed to reconvey to the Trustors the Deed of Trust received by the Clerk as soon as possible.

Dated: February 1, 2006                                    Respectfully submitted,


_____/s/_____
DAIN P. WEINER,
Attorney for Defendant,
RAUL ARECHIGA, JR.

# O R D E R

**IT IS SO ORDERED** that the appearance bond in the amount of $200,000.00 secured by a Deed of Trust against the real property of Raul Arechiga, Sr., and Martha Arechiga in the form of a Deed of Trust secured by the real property located at 4560 Justine Avenue, Diamond Springs, California  95619, is hereby exonerated

Dated: February 24, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE